```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
```

| | |
|---|---|
| GLAZING HEALTH AND WELFARE FUND; ) <br> SOUTHERN NEVADA GLAZIERS AND       ) <br> FABRICATORS PENSION TRUST FUND;   ) <br> GLAZIERS APPRENTICESHIP TRAINING  ) <br> TRUST; IUPAT POLITICAL ACTION     ) <br> COMMITTEE; GLAZIERS LABOR         ) <br> MANAGEMENT COOPERATION COMMITTEE; ) <br> GLAZIERS INDUSTRY PROMOTION FUND; ) <br> GLAZIERS ORGANIZING FUND; GLAZIERS ) <br> SAFETY TRAINING TRUST, each acting ) <br> by and through their designated   ) <br> fiduciaries, John Smirk and/or    ) <br> Rick Polson,                      ) <br>                                   ) <br>          Plaintiffs,              ) <br>                                   ) <br> vs.                               ) <br>                                   ) <br> QUEEN CITY GLASS CO., a California ) <br> Corporation; ERIN ZATEZALO,       ) <br> individually; THE GUARANTEE       ) <br> COMPANY OF NORTH AMERICA USA, a   ) <br> Michigan corporation; JOHN DOES   ) <br> I-X, inclusive; and ROE ENTITIES  ) <br> I-X, inclusive,                   ) <br>                                   ) <br>          Defendants.              ) <br> _____ ) | 2:09-cv-02301-ECR-RJJ <br><br> MINUTES OF THE COURT <br><br> DATE: February 15, 2011 |

PRESENT:      EDWARD C. REED, JR.                       U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN         Reporter:     NONE APPEARING

Counsel for Plaintiff(s)                 NONE APPEARING

Counsel for Defendant(s)                 NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

    **IT IS HEREBY ORDERED** that Defendants' Motion for Reconsideration (#55), filed on January 28, 2011, requesting reconsideration of our Order (#53), filed on January 19, 2011, is **DENIED**.

    Previously the Court, in order to save the Court and counsels' time, granted Plaintiffs' Motion (#51) for leave to amend the complaint. Defendants have now presented, in their Motion for Reconsideration (#55),

their bases for opposing the motion to file an amended complaint.  It appears to the Court that on the basis now presented, Plaintiffs should nevertheless be permitted to amend the complaint as previously ordered.  Defendants have some good points to make, but we are not persuaded that amendment of the complaint is inappropriate at this time.

    One of the valid points raised by Defendants is the state of the case with respect to discovery and other cut-off dates.  It appears that discovery likely should be reopened and the other deadlines for processing the case rescheduled in light of our order permitting amendment of the complaint.

    The parties shall have fourteen (14) days within which to file a stipulated scheduling order in light of the amendment of the complaint.  If the parties are unable to agree to the new scheduling order, the Court should be advised and a hearing will be set.

                                                       LANCE S. WILSON, CLERK

                                                       By       /s/          
                                                           Deputy Clerk