1  Ronald S. Sofen, Esq. (NSB # 7186)
   rsofen@gglts.com
2  Becky A. Pintar, Esq. (NSB # 7867)
   bpintar@gglts.com
3  Airene Haze, Esq. (NSB # 11594)
   ahaze@gglts.com
4  GIBBS, GIDEN, LOCHER, TURNER & SENET LLP
   3993 Howard Hughes Parkway, Suite 530
5  Las Vegas, NV 89169

6  Attorneys for
   QUEEN CITY GLASS CO.
7

8              UNITED STATES DISTRICT COURT

9                   DISTRICT OF NEVADA

10

11 | GLAZING HEALTH AND WELFARE    | Case No. 2:09-cv-02301-ECR-RJJ
   | FUND; SOUTHERN NEVADA
12 | GLAZIERS AND FABRICATORS       | **STIPULATION AND ORDER TO**
   | PENSION TRUST FUND; GLAZIERS   | **CHANGE IN SETTLEMENT**
13 | APPRENTICESHIP TRAINING        | **CONFERENCE DATE**
   | TRUST; IUPAT POLITICAL ACTION
14 | COMMITTEE; GLAZIERS LABOR
   | MANAGEMENT COOPERATION
15 | COMMITTEE; GLAZIERS            | **Original Date: April 13, 2011**
   | INDUSTRY PROMOTION FUND;
16 | GLAZIERS ORGANIZING FUND;      | **Magistrate Johnston**
   | GLAZIERS SAFETY TRAINING
17 | TRUST, each acting by and through
   | their designated fiduciaries, John Smirk | May 18, 2011, at 1:30 PM
18 | and/or Rick Polson,            | ~~New Date: April xxxx 2011~~

19            Plaintiffs,           | **Magistrate Johnston**

20     v.

21 QUEEN CITY GLASS CO., a
   California corporation; ERIN
22 ZATEZALO, individually; JOSEPH
   DEFORREST DENNIS, III,
23 individually; THE GUARANTEE
   COMPANY OF NORTH AMERICA,
24 USA, a Michigan corporation; JOHN
   DOES I-X, inclusive and ROE
25 ENTITIES I-X, inclusive,

26            Defendants.

27

28

1026835_1

Counsel for all parties herein stipulate as follows:

Due to pre-existing conflict for Defendant's counsel on the original settlement conference scheduled by the court, April 13, 2011 at 8:30 a.m. before Magistrate Johnston, it is hereby stipulated by and between all counsel herein that the Settlement Conference can be rescheduled and to be held on a date at Magistrate Johnston's preference.

DATED: March 17, 2011           GIBBS, GIDEN, LOCHER, TURNER & SENET LLP

By: /s/ Alfred Fadel
Alfred Fadel
Becky Pintar
Attorneys for Defendants
QUEEN CITY GLASS CO.

DATED: March 17, 2011           CHRISTENSEN, JAMES & MARTIN

By: /s/ Wesley J. Smith
Wesley J. Smith, Esq.
Attorneys for Plaintiffs
GLAZING HEALTH AND WELFARE FUND

## ORDER

IT IS HEREBY ORDERED that Settlement Conference previously scheduled for April 13, 2011 in the above-captioned action before Magistrate Johnston, due to a conflict for Defendant's counsel, is rescheduled for May 18, 2011 at 1:30 PM. All other requirements remain unchanged.

Date: March 29, 2011           /s/ Robert J. Johnston
Robert J. Johnston, United States Magistrate Judge