UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| GLAZING HEALTH AND WELFARE FUND; *et al.*, | ) ) ) | |
| Plaintiff, | ) ) | 2:09-cv-2301-ECR-RJJ |
| vs. | ) ) | |
| QUEEN CITY CLASS CO., etc., *et al.*, | ) ) | O R D E R |
| Defendant, | ) ) | |

    The Court having reviewed the proposed Stipulated Amended Discovery Plan and Scheduling Order (#61) and having conducted a settlement conference in this case and good cause appearing therefore,

    IT IS HEREBY ORDERED that the Stipulated Amended Discovery Plan and Scheduling Order (#61) is **DENIED**.

    IT IS FURTHER ORDERED that the following deadlines are established in this case:

    1.    Discovery deadline    July 8, 2011; and,

    2.    Joint Pretrial Order    August 31, 2011.

    DATED this __23D__ day of May, 2011.

                                                                 _____
                                                                ROBERT J. JOHNSTON
                                                                United States Magistrate Judge